**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X

TIERRA BONEFORT, on behalf of herself, and all   :
Others similarly situated,   :

    :   **Case No.:**

    Plaintiff,   :   **1:20 Civ. 1222 (ML)**

    :

    v.   :

    :

STICKER MULE, LLC and PRINT BEAR, LLC,   :

    :

    Defendants.   :

---------------------------------------------------------------- X

## NOTICE OF PLAINTIFF'S MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion

for Preliminary Approval of Class Action Settlement, the Declaration of Troy L. Kessler and

supporting exhibits, with Defendants' consent, Plaintiff respectfully requests that the Court:

(1) grant preliminary approval of the settlement on the terms set forth in the Agreement, attached as Exhibit A to the Kessler Declaration;

(2) conditionally certify the proposed settlement class, for settlement purposes only, under Federal Rule of Civil Procedure 23(b)(3);

(3) appoint Kessler Matura P.C. and Law Offices of Raphael A. Katri as Class Counsel;

(4) approve the proposed Notice, attached as Exhibit B to the Kessler Declaration, and direct its distribution;

(5) appoint ILYM Group, Inc. ("ILYM") as the Settlement Administrator; and

(6) schedule a fairness hearing for final approval of the settlement, to be held after the close of the Opt-Out Period, approximately 150 days after the issuance of the Order Granting Preliminary Approval.

For the Court's convenience, Plaintiff has attached a proposed order as Exhibit F to the

Kessler Declaration.

1

Dated: July 29, 2021
   Melville, New York

            Respectfully submitted,

          By: /s/ *Troy L. Kessler*
            Troy L. Kessler (#702019)
            Garrett Kaske (#702393)
            **KESSLER MATURA P.C.**
            534 Broadhollow Road, Suite 275
            Melville, NY 11747
            Telephone: (631) 499-9100
            tkessler@kesslermatura.com

            Raphael Katri (#702175)
            **LAW OFFICES OF RAPHAEL A. KATRI**
            8549 Wilshire Blvd., Ste. 200
            Beverly Hills, CA 90211
            Telephone: (310) 940-2034
            rkatri@gmail.com

            *Attorneys for Plaintiff and the*
            *Putative FLSA Collective and Class*

To:  Girvin & Ferlazzo, P.C.
    Scott P. Quesnel (#513710)
    20 Corporate Woods Blvd.
    Albany, New York 12211
    (518) 462-0300
    spq@girvinlaw.com
    *Attorneys for Defendant*