UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
TIERRA BONEFORT, on behalf of herself, and all  :
Others similarly situated,                                        :
                                                                              :  **Case No.:**
                           Plaintiff,   :  **1:20 Civ. 1222 (ML)**
                                                                              :
                        v.                        :
                                                                              :
STICKER MULE, LLC and PRINT BEAR, LLC,  :
                                                                              :
                     Defendants.   :
------------------------------------------------------------- X

## ORDER GRANTING PLAINTIFF'S MOTION
## PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS

This matter came before the Court on Plaintiff's Motion for Preliminary Approval of Class Action Settlement and Conditional Certification of the Settlement Class ("Preliminary Approval Motion"). In support of the Preliminary Approval Motion, Plaintiff submitted a Memorandum of Law in Support of the Preliminary Approval Motion (the "Memorandum of Law"), the Declaration of Troy L. Kessler ("Kessler Declaration") and supporting exhibits. Defendants do not oppose the motion.

Based upon the Court's review of the Memorandum of Law and Kessler Declaration, the Court preliminarily approves the class action settlement memorialized in the Agreement, attached to the Kessler Declaration.[1] The Court appoints Kessler Matura, P.C. and the Law Office of Raphael Katri as Class Counsel and ILYM as the Settlement Administrator. The Court adopts the following settlement procedure set forth in the Agreement:

1. No later than 15 days after the issuance of this Order, Defendants will provide the

---

[1] All capitalized terms in this Order with respect to the Agreement that are not otherwise defined have the same meaning as in the Agreement.

   Settlement Administrator with the Class List, in accordance with Sections 1.3 and 2.7 of the Settlement Agreement.

2. Within 15 days after the Claims Administrator receiving the Class List, the Claims Administrator will mail the approved Notice to all Class Members, via First Class Mail, in accordance with Section 2.7.

3. Class Members will have 60 days from the date the Class Notice is mailed to exclude themselves from or object to the Settlement, in accordance with Sections 2.8-2.9.

4. The Court will hold a final fairness hearing on February 22, 2022 at 1:00 p.m., Courtroom First Floor, at the U.S. District Court, Northern District of New York, located at Binghamton U.S. Courthouse, 15 Henry Street, Binghamton, New York 13901.

5. The hearing will be held IN PERSON.

The Court hereby authorizes Defendants to disclose the Class Members' Social Security Numbers to the Settlement Administrator for purposes of distributing the Notice and Settlement Checks, and for tax and income reporting purposes consistent with the Agreement.

The Class Members are enjoined from filing any action against Defendants regarding those claims released in the Agreement unless and until such Class Members have filed valid requests to be excluded from the settlement in accordance with this Order and Section 2.8 of the Agreement.

The Parties shall abide by the terms of the Agreement.

This constitutes the Decision and Order of this Court:

**SO ORDERDED**:

*Miroslav Lovric* (signature)

Hon. Miroslav Lovric
United States Magistrate Judge

Dated: Binghamton, New York

   September 21, 2021