**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------- X
TIERRA BONEFORT, on behalf of herself, and all :
Others similarly situated, :
                                                       : **Case No.:**
                             Plaintiff, : **1:20 Civ. 1222 (ML)**
                         :
                         v. :
                         :
STICKER MULE, LLC and PRINT BEAR, LLC, :
                         Defendants. :
--------------------------------------------------------------- X

**NOTICE OF PLAINTIFF'S MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement, the Declaration of Troy L. Kessler and supporting exhibits, with Defendants' consent, Plaintiff respectfully requests that the Court:

(1) grant final approval of the settlement on the terms set forth in the Agreement, attached as Exhibit A to the Kessler Declaration;

(2) certify the proposed settlement class, for settlement purposes only, under Federal Rule of Civil Procedure 23(b)(3);

(3) approve the Service Payment set forth in Section 3.3(A) of the Agreement;

(4) grant Plaintiff's' request for attorneys' fees and out-of-pocket costs and expenses;

(5) approve the selection of Worker Justice Center of New York, Inc. ("WJCNY") as a *cy pres* designee as per Section 3.5(B) of the Agreement;

(6) Enjoin Plaintiff and all Class Members who did not file valid exclusion requests from seeking to reopen or filing any claims against Defendants that were released by this Agreement;

(7) dismiss the litigation with prejudice; and

(8) retain jurisdiction over the interpretation and implementation of this Agreement, as well as any and all matters arising out of, or related to, the interpretation or implementation of this Agreement and of the settlement contemplated thereby.

For the Court's convenience, Plaintiff has attached a proposed order as Exhibit I to the Kessler Declaration.

Dated: January 21, 2022
      Melville, New York

                Respectfully submitted,

                By: /s/ *Troy L. Kessler*
                Troy L. Kessler (#702019)
                Garrett Kaske (#702393)
                **KESSLER MATURA P.C.**
                534 Broadhollow Road, Suite 275
                Melville, NY 11747
                Telephone: (631) 499-9100
                tkessler@kesslermatura.com

                Raphael Katri (#702175)
                **LAW OFFICES OF RAPHAEL A. KATRI**
                8549 Wilshire Blvd., Ste. 200
                Beverly Hills, CA 90211
                Telephone: (310) 940-2034
                rkatri@gmail.com

                *Attorneys for Plaintiff and the*
                *Conditionally Certified Settlement Class*

To:    Girvin & Ferlazzo, P.C.
        Scott P. Quesnel (#513710)
        20 Corporate Woods Blvd.
        Albany, New York 12211
        (518) 462-0300
        spq@girvinlaw.com
        *Attorneys for Defendant*